UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PEARLINE HAMMOND,

                        Plaintiff,            **ORDER**
                                                                  CV 09-3219 (JS)(ARL)

       -against-

ZURICH AMERICAN INSURANCE CO.,

                        Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant's letter application dated May 9, 2011, seeking to compel the plaintiff to (i) respond to the defendant's First Requests for the Production of Documents and produce said documents; (ii) to supplement her responses to defendant's First Set of Interrogatories; and (iii) provide executed medical authorizations, or in the alternative, relinquish any claims relating to emotional distress. In addition, defendant seeks costs and legal expenses incurred for making this motion. Plaintiff opposes the motion. Defendant's motion, is granted in part.

      As an initial matter, counsel are directed to confer by telephone concerning the discovery matters raised in this application. Plaintiff is directed to initiate said telephone conference on or before May 30, 2011. Additionally, on or before June 7, 2011 plaintiff shall (1) produce outstanding documents responsive to defendant's First Requests for the Production of Documents; (ii) supplement her responses to Interrogatory Nos. 5, 10, 12, and 15-18 as requested in defendant's letter dated April 6, 2011, and in accordance with any verbal agreement reached in this regard; and (iii) produce any documents she may have as stated at her deposition. Plaintiff has agreed to provide medical executed releases, and said medical authorization shall be provided to defendant on or before May 26, 2011. The defendant's request for sanctions is denied, at this time. However, the plaintiff's failure to comply with this order may result in the imposition of sanctions.

Dated:  Central Islip, New York                    **SO ORDERED:**
         May 19, 2011

                                                  _____/s/_____
                                                  ARLENE R. LINDSAY
                                                  United States Magistrate Judge